BRINEN & ASSOCIATES, LLC
Joshua D. Brinen
90 Broad Street, Second Floor
New York, New York 10004
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com

Attorneys for Defendants Presidential Realty Corporation, First Capital Real Estate Trust Incorporated, Suneet Singal, Seventieth Street Asset Management LLC, and Serge Kasarda

**UNITED STATES DISCTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PALISADES CAPITAL REALTY ADVISORS LLC, a California limited liability company, JOAQUIN CHARLES DE MONET, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENTIAL REALTY CORPORATION, a Delaware corporation; FIRST CAPITAL REAL ESTATE TRUST INCORPORATED, a Maryland Corporation; SUNEET SINGAL, an individual; SEVENTIETH STREET ASSET MANAGEMENT LLC, a New York limited liability company; SERGE KASARDA, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b) (FEDERAL QUESTION) OF DEFENDANTS PRESIDENTIAL REALTY CORPORATION, FIRST CAPITAL REAL ESTATE TRUST INCORPORATED, SUNEET SINGAL, SEVENTIETH STREET ASSET MANAGEMENT LLC, AND SERGE KASARDA**<br><br>Trial Date: |

**TO THE CLERK OF THE DISTRICT COURT:**

**PLEASE TAKE NOTICE** that Defendant First Capital Real Estate Trust Incorporated, ("First Capital,"), hereby removes this action from the Superior Court of the State of California, County of Los Angeles, Central District, Case No. BC6576854.

## PLEADINGS

1. On April 14, 2017, Plaintiffs commenced this action in the Superior Court of the State of California, County of Los Angeles, Central District, a copy of which is attached hereto as Exhibit A.

2. On June 9, 2017, Defendants Presidential Realty Corporation, ("Presidential"), First Capital Real Estate Trust Incorporated, ("First Capital,"), Suneet Singal, ("Singal"), Seventieth Street Asset Management LLC, ("Seventieth Street"), and Serge Kasarda, ("Kasarda"), collectively ("Defendants"), filed the Answer of Defendants Presidential Realty Corporation, First Capital Real Estate Trust Incorporated, Suneet Singal, Seventieth Street Asset Management LLC, and Serge Kasarda to Plaintiff's Unverified Complaint, Affirmative Defenses, and Counterclaims, a copy of which is attached hereto as Exhibit B.

## TIMELINESS OF REMOVAL

3. Defendants' removal is timely under 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of service of the Complaint on May 9, 2017.

## JURISDICTION

4. Under 28 U.S.C. § 1331, the Court has original jurisdiction over this civil action, as it arises under the laws of the United States.

5. Plaintiffs' right to relief necessarily depends on a resolution of a substantial question of Federal law, whether Plaintiff Palisades Capital Realty Advisors LLC is registered within the meaning of the The Securities Exchange Act of 1934, codified at 15 U.S.C. § 78a and following. See <u>Lippincott v. DirecTV, Inc. (In re NFLs Sunday Ticket Antitrust Litig.)</u>, 2016 U.S. Dist. LEXIS 41639, *7-8 (C.D. Cal. 2016) ("Federal question jurisdiction extends only in those cases in which a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on a resolution of a substantial question of federal law.") (internal citations and quotation marks omitted).

**VENUE**

6. Under 28 U.S.C. § 84(c)(1), venue is proper, as this Court includes the District and Division in which the State Court action is pending.

**JOINDER OF ALL NAMED DEFENDANTS**

7. All Defendants consent to, and join in, removal.

**NOTICE TO STATE COURT AND ADVERSE PARTIES**

8. Under 28 U.S.C. § 1446(d), Defendants will file written notice of removal with the Clerk of the State Court, and will serve this Notice of Removal on Plaintiffs' counsel.

9. There are no cases presently pending in this Court relating to the action that is the subject of this Notice of Removal.

**WHEREFORE**, Defendants hereby remove this action from the Superior Court of California, County of Los Angeles, Central District to this Court, and pray for such other and further relief the Court deems just and proper.

DATED: New York, New York
June 9, 2017

Respectfully,

_____
Joshua D. Brinen
Brinen & Associates, LLC
90 Broad Street, Second Floor
New York, New York 10004
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com
Attorneys for Defendants Presidential Realty Corporation, First Capital Real Estate Trust Incorporated, Suneet Singal, Seventieth Street Asset Management LLC, and Serge Kasarda

### CERTIFICATE OF SERVICE

On June 9, 2017, I filed the foregoing Notice of Removal through the Court's Case Management/Electronic Case Filing (CM/ECF) system, and served a copy by First Class United States Mail on the following:

Elkins Kalt Weinbraub Reuben Gartside LLP
Eric J. Lorenzini, Esq.
Amitabh Banerji, Esq.
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Attorneys for Plaintiffs Palisades Capital Realty Advisors LLC and Joaquin de Monet

Joshua D. Brinen

4
**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b) (FEDERAL QUESTION)**