# EXHIBIT B

BRINEN & ASSOCIATES, LLC
Joshua D. Brinen
90 Broad Street, Second Floor
New York, New York 10004
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com

Attorneys for Defendants Presidential Realty Corporation, First Capital Real Estate Trust Incorporated, Suneet Singal, Seventieth Street Asset Management LLC, and Serge Kasarda

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 08 2017

Sherri R. Carter, Executive Officer/Clerk
By Jenny Chea, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| PALISADES CAPITAL REALTY ADVISORS LLC, a California limited liability company, JOAQUIN CHARLES DE MONET, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENTIAL REALTY CORPORATION, a Delaware corporation; FIRST CAPITAL REAL ESTATE TRUST INCORPORATED, a Maryland Corporation; SUNEET SINGAL, an individual; SEVENTIETH STREET ASSET MANAGEMENT LLC, a New York limited liability company; SERGE KASARDA, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: BC 657854<br>[Assigned for all purposes to the Hon. Barbara Scheper, Dept. 30]<br><br>**ANSWER OF DEFENDANTS PRESIDENTIAL REALTY CORPORATION, FIRST CAPITAL REAL ESTATE TRUST INCORPORATED, SUNEET SINGAL, SEVENTIETH STREET ASSET MANAGEMENT LLC, AND SERGE KASARDA TO PLAINTIFF'S UNVERIFIED COMPLAINT**<br><br>Trial Date: |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendants Presidential Realty Corporation, First Capital Real Estate Trust Incorporated, Suneet Singal, Seventieth Street Asset Management LLC, and Serge Kasarda, ("Defendants"),

1

ANSWER

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Brinen & Associates, LLC<br>JOSHUA D. BRINEN<br>90 BROAD STREET, SECOND FLOOR<br>NEW YORK, NEW YORK 10004<br>CA BAR NO. 264613<br>TELEPHONE NO.: 212-330-8151  FAX NO. (Optional): (212) 227-0201<br>E-MAIL ADDRESS (Optional): jbrinen@brinenlaw.com<br>ATTORNEY FOR (Name): all Defendants | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>JUN 08 2017<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Jenny Chea, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 600 South Commonwealth Ave.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90005<br>BRANCH NAME: Central District | |
| PETITIONER/PLAINTIFF: PALISADES CAPITAL REALTY ADVISORS LLC, a California LLC, JOAQUIN DE MONET<br>RESPONDENT/DEFENDANT: PRESIDENTIAL REALTY CORPORATION, a Delaware corporation; et. al. | |
| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>BC 657854 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   90 Broad Street, Second Floor, New York, New York 10004

3. On *(date):* June 8, 2017    I mailed from *(city and state):* New York, New York
   the following **documents** *(specify):*
   ANSWER OF DEFENDANTS PRESIDENTIAL REALTY CORPORATION, FIRST CAPITAL REAL ESTATE TRUST INCORPORATED, SUNEET SINGAL, SEVENTIETH STREET ASSET MANAGEMENT LLC, AND SERGE KASARDA TO PLAINTIFF'S UNVERIFIED COMPLAINT
   
   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Eric J. Lorenzini, Attorney for the Plaintiff
   b. **Address** of person served:
      Elkins Kalt Weintraub Reuben Gartside LLP
      2049 Century Park East, Suite 2700
      Los Angeles, California 90067
   
   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served) (POS-030(P)).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 8, 2017

Joshua D. Brinen
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)                    (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
(Proof of Service)

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

JUDD A. GILEFSKY, ESQ. (198694)
GRACE K. KIM, ESQ. (SBN 296798)
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017-5428
TELEPHONE: 213-488-0503
FAX:   213-624-3755

Attorneys for Defendant
Ford Motor Company

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 08 2017

Sherri R. Carter, Executive Officer/Clerk
By Jenny Chea, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE <br><br> Defendants. | Case No.: BC607051 <br><br> **PROOF OF SERVICE** <br><br> *Assigned for All Purposes to Honorable Ernest Hiroshige Department 54* <br><br> *Complaint Filed: January 13, 2016* |

1
PROOF OF SERVICE



1  JUDD A. GILEFSKY, ESQ. (STATE BAR NO. 198694)
   GRACE K. KIM, ESQ. (STATE BAR NO. 296798)
2  LECLAIRRYAN, LLP
   725 South Figueroa Street, Suite 350
3  Los Angeles, CA 90017-5428
   TELEPHONE: 213-488-0503
4  FAX: 213-624-3755

5
   Attorneys for Defendant
6  Ford Motor Company

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF LOS ANGELES

10

11 ERNESTO PORTILLO,                    Case No.: BC607051

12         Plaintiff,                   **DEFENDANT FORD MOTOR
                                        COMPANY'S MOTION IN LIMINE
13    v.                                NO. 1 TO EXCLUDE MATTERS NOT
                                        PRODUCED IN DISCOVERY**
14 FORD MOTOR COMPANY, AND DOES 1
   THROUGH 10, INCLUSIVE                *Assigned for All Purposes to
15                                      Honorable Ernest Hiroshige
           Defendants.                  Department 54*
16
                                        Complaint Filed: January 13, 2016
17                                      Trial Date: July 12, 2017

18

19         Come now Defendant FORD MOTOR COMPANY ("FORD"), prior to trial and before

20 selection of the jury, moves the Court for an Order *In Limine* to preclude Plaintiff, Plaintiff's

21 counsel, and all witnesses from using any pleading, writings (Evid. Code §250), testimony,

22 evidence, remarks, questions or arguments in *voir dire*, opening statement, during trial, in

23 summation, or at any other time whatsoever in the presence of the jury or jurors, from

24 introducing into evidence any and all writings, as that term is defined by *Evidence Code* §250,

25 which were properly requested but not previously identified or produced during discovery.

26                    **MEMORANDUM OF POINTS AND AUTHORITIES**

27         The Court, in its discretion, may exclude evidence if its probative value is substantially

28 outweighed by the probability that its admissibility will create a substantial danger of undue

                                                 1




JUDD A. GILEFSKY, ESQ. (STATE BAR NO. 198694)
GRACE K. KIM, ESQ. (STATE BAR NO. 296798)
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017-5428
TELEPHONE: 213-488-0503
FAX: 213-624-3755

Attorneys for Defendant
Ford Motor Company

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 08 2017

Sherri R. Carter, Executive Officer/Clerk
By Jenny Chea, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No.: BC607051<br><br>**DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 2 TO PRECLUDE UNREPORTED OR UNDOCUMENTED COMPLAINTS**<br><br>*Assigned for All Purposes to Honorable Ernest Hiroshge Department 54*<br><br>*Complaint Filed: January 13, 2016*<br>*Trial Date: July 12, 2017* |

Comes now Defendant FORD MOTOR COMPANY ("FORD"), prior to trial and before selection of the jury, moves the Court for an Order *in Limine* for a pre-trial order excluding from trial in this matter all evidence of or references to any complaint or claimed condition in Plaintiff's vehicle that was not reported on a repair order in connection with a visit to one of FORD's independently owned and operated, authorized dealerships.

This Motion is made on the grounds that such complaints or conditions are irrelevant to any issue in dispute in this action. In addition, any arguable relevance of such complaints is substantially outweighed by the danger of undue prejudice, of confusing the issues and misleading the jury, and of extensively prolonging the trial and consuming excessive time.

1

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 08 2017

Sherri R. Carter, Executive Officer/Clerk
By Jenny Chea, Deputy

JUDD A. GILEFSKY, ESQ. (STATE BAR NO. 198694)
GRACE K. KIM, ESQ. (STATE BAR NO. 296798)
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017-5428
TELEPHONE: 213-488-0503
FAX: 213-624-3755

Attorneys for Defendant
Ford Motor Company

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| REVECA RICO,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>    Defendants. | Case No.: BC607051<br><br>**DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF AND REFERENCES TO COMMERCIALS, BROCHURES, ADVERTISEMENTS AND SLOGANS UNLESS AND UNTIL AN ADEQUATE FOUNDATION IS ESTABLISHED**<br><br>*Assigned for All Purposes to*<br>*Honorable Ernest Hiroshige*<br>***Department 54***<br><br>*Complaint Filed: January 13, 2016*<br>*Trial Date: July 12, 2017* |

Comes now Defendant FORD MOTOR COMPANY ("FORD"), prior to trial and before selection of the jury, moves the Court for an Order *in Limine* excluding from trial in this matter all evidence of or references to advertisements, brochures, slogans, or commercial literature concerning the 2012 Ford Focus or any other Ford automobile or warranty program, until and unless Plaintiff establishes a foundation for the admissibility of these matters.

This Motion is made on the grounds that such commercials, videotapes, advertisements, brochures and/or slogans are not relevant, if at all, to any of Plaintiff's causes of action herein

1



JUDD A. GILEFSKY, ESQ. (STATE BAR NO. 198694)
GRACE K. KIM, ESQ. (STATE BAR NO. 296798)
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017-5428
TELEPHONE: 213-488-0503
FAX: 213-624-3755

Attorneys for Defendant
Ford Motor Company

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

JUN 08 2017

Sherri R. Carter, Executive Officer/Clerk
By Jenny Chea, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No.: BC607051<br><br>**DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 4 TO PRECLUDE EVIDENCE OF OR REFERENCES TO LAWSUITS OR COMPLAINTS MADE BY NONPARTIES**<br><br>*Assigned for All Purposes to Honorable Ernest Hiroshige Department 54*<br><br>*Complaint Filed: January 13, 2016*<br>*Trial Date: July 12, 2017* |

Comes now Defendant FORD MOTOR COMPANY ("FORD"), prior to trial and before selection of the jury, moves the Court for an Order *in Limine* for a pre-trial order excluding from trial in this matter all evidence of or references to any lawsuit or alleged repair complaints of a non-party against Defendant, Defendant's parent or affiliate companies, or any of FORD's authorized dealers.

This Motion is made on the grounds that (1) such references are irrelevant to any issue in dispute in this action, (2) they are classic hearsay, (3) they lack an adequate foundation, and (4) any arguable relevance is substantially outweighed by the danger of undue prejudice, of

1



JUDD A. GILEFSKY, ESQ. (STATE BAR NO. 198694)
GRACE K. KIM, ESQ. (STATE BAR NO. 296798)
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017-5428
TELEPHONE: 213-488-0503
FAX: 213-624-3755

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 0 8 2017

Sherri R. Carter, Executive Officer/Clerk
By Jenny Chea, Deputy

Attorneys for Defendant
Ford Motor Company

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE <br><br> Defendants. | Case No.: BC607051 <br><br> **DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 5 TO EXCLUDE EXPERT AND NON-PARTY WITNESSES FROM APPEARING IN COURTROOM DURING TESTIMONY OF OTHER WITNESSES** <br><br> *Assigned for All Purposes to Honorable Ernest Hiroshige Department 54* <br><br> Complaint Filed: January 13, 2016 <br> Trial Date: July 12, 2017 |

Come now Defendant FORD MOTOR COMPANY ("FORD") prior to trial and before selection of the jury, moves the Court for an Order *in Limine* for a pre-trial order to exclude all expert and non-party witnesses from the courtroom while all other witnesses testify.

### MEMORANDUM OF POINTS AND AUTHORITIES

The Court may exclude witnesses from the courtroom pursuant to Section 777 of the Evidence Code which provides that subject to subdivisions (b) and (c) thereof, the court may exclude from the courtroom any witness not at the time under examination so that such witness cannot hear the testimony of other witnesses. Evid. C. § 777.

In the instant action, there may be non-party or expert witnesses that will be called upon

1



```
 1  JUDD A. GILEFSKY, ESQ. (STATE BAR NO. 198694)
    GRACE K. KIM, ESQ. (STATE BAR NO. 296798)
 2  LECLAIRRYAN, LLP
    725 South Figueroa Street, Suite 350
 3  Los Angeles, CA 90017-5428
    TELEPHONE: 213-488-0503
 4  FAX: 213-624-3755
 5
    Attorneys for Defendant
 6  Ford Motor Company
```

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 08 2017

Sherri R. Carter, Executive Officer/Clerk
By Jenny Chea, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No.: BC607051<br><br>**DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE OR REFERENCE OTHER UNRELATED CLAIMS, LITIGATION AND ALLEGED PROBLEMS; DECLARATION OF GRACE K. KIM, ESQ.**<br><br>*Assigned for All Purposes to Honorable Ernest Hiroshige Department 54*<br><br>*Complaint Filed: January 13, 2016*<br>*Trial Date: July 12, 2017* |

Comes now Defendant FORD MOTOR COMPANY ("FORD"), prior to trial and before selection of the jury, moves the Court for an Order *In Limine* for an order excluding Plaintiff, his attorneys, experts or any other witnesses from introducing evidence or referencing any other claims, litigation, or other similar incidents involving other 2012 Ford Focus vehicles.

Ford files this motion anticipating that Plaintiff may try to seek introduce other 2012 Ford Focus vehicles that had purportedly similar transmission and electrical complaints. These other claims, lawsuits, or incidents have nothing to do with Plaintiff's specific 2012 Ford Focus which has a unique use, operation, maintenance and warranty repair history, and, thus, reference to these other lawsuits, claims, and purportedly similar incidents would be irrelevant, highly

1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO,<br><br>   Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, Inclusive,<br><br>   Defendants. | Case No.: BC607051<br><br>[PROPOSED] ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 1 TO EXCLUDE MATTERS NOT PRODUCED IN DISCOVERY<br><br>*Assigned for All Purposes to Honorable Ernest Hiroshige Department 54*<br><br>*Complaint Filed: January 13, 2016*<br>*Trial Date: July 12, 2017* |

The Court, having reviewed Defendant FORD MOTOR COMPANY'S ("FORD") Motion *in Limine* No. 1 to Exclude Matters Not Produced During Discovery at the time of trial, and all related papers submitted herein, having heard from counsel for the parties and good cause appearing therefore, hereby rules and ORDERS, as follows:

The Motion is GRANTED and

(a) Plaintiff is precluded from referring to, or attempting to introduce any evidences or matters that were not produced during discovery at the time of trial;

///

RECEIVED
JUN 08 2017
FILING WINDOW

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, and Does 1 Through 10, Inclusive<br><br>Defendants. | **Case No.: BC607051**<br><br>**[PROPOSED] ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 2 TO PRECLUDE UNREPORTED OR UNDOCUMENTED COMPLAINTS**<br><br>*Assigned for All Purposes to Honorable Ernesto Hiroshige Department 54*<br><br>*Complaint Filed:* January 13, 2016<br>*Trial Date:*   July 12, 2017 |

The Court, having reviewed Defendant FORD MOTOR COMPANY'S ("FORD") Motion *in Limine* No. 2 to Preclude Unreported Complaints at the time of trial, and all related papers submitted herein, having heard from counsel for the parties and good cause appearing therefore, hereby rules and ORDERS, as follows:

The Motion is GRANTED and

(a) Plaintiff is precluded from referring to, or attempting to introduce any evidences and

(b) references regarding any complaints regarding the subject vehicle that were never notified, reported, or acknowledged to Defendants and/or other authorized FORD dealerships at the time of trial;

(c) Plaintiff, Plaintiff's counsel, and their witnesses are precluded from attempting to

1

RECEIVED
JUN 08 2017
FILING WINDOW

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO, | Case No.: BC607051 |
| Plaintiff, | [PROPOSED] ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF AND REFERENCES TO COMMERCIALS, BROCHURES, ADVERTISEMENTS, AND SLOGANS UNLESS AND UNTIL AN ADEQUATE FOUNDATION IS ESTABLISHED |
| v. | |
| FORD MOTOR COMPANY, AND DOES 1 THROUGH 20, INCLUSIVE | |
| Defendants. | |
| | *Assigned for All Purposes to Honorable Ernest M. Hiroshige Department 54* |
| | *Complaint Filed: January 13, 2016 Trial Date: July 12, 2017* |

The Court, having reviewed Defendant FORD MOTOR COMPANY'S ("FORD") Motion in Limine No. 3 to Exclude Evidence Of And References To Commercials, Brochures, Advertisements, And Slogans Unless And Until An Adequate Foundation Is Established at the time of trial, and all related papers submitted herein, having heard from counsel for the parties and good cause appearing therefore, hereby rules and ORDERS, as follows:

The Motion is GRANTED and

(a) Plaintiff is precluded from referring to, or attempting to introduce any evidence and references regarding any information concerning, referring to, or related to advertisements of the

1



*RECEIVED JUN 08 2017 FILING WINDOW*

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, and Does 1 Through 10, Inclusive<br><br>    Defendants. | Case No.: BC607051<br><br>**[PROPOSED] ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 4 TO PRECLUDE EVIDENCE OF OR REFERENCE TO LAWSUITS OR COMPLAINTS MADE BY NONPARTIES**<br><br>*Assigned for All Purposes to Honorable Ernest Hiroshige Department 54*<br><br>**Complaint Filed:** January 13, 2016<br>**Trial Date:**    July 12, 2017 |

The Court, having reviewed Defendant FORD MOTOR COMPANY'S ("FORD") Motion *in Limine* No. 4 to Preclude Evidence Of Or Reference To Lawsuits Or Complaints Made By Nonparties at the time of trial, and all related papers submitted herein, having heard from counsel for the parties and good cause appearing therefore, hereby rules and ORDERS, as follows:

The Motion is GRANTED and

(a) Plaintiff is precluded from referring to, or attempting to introduce any evidences and references regarding lawsuits or complaints made by individuals and/or entities not

1



RECEIVED
JUN 08 2017
FILING WINDOW

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, and Does 1 Through 10, Inclusive<br><br>　　　　Defendants. | Case No.: BC607051<br><br>**[PROPOSED] ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 5 TO EXCLUDE EXPERT AND NON-PARTY WITNESSES FROM APPEARING IN COURTROOM DURING TESTIMONY OF OTHER WITNESSES**<br><br>*Assigned for All Purposes to Honorable Ernest Hiroshige Department 54*<br><br>*Complaint Filed:* **January 13, 2016**<br>*Trial Date:*　　**July 12, 2017** |

　　　　The Court, having reviewed Defendant FORD MOTOR COMPANY'S ("FORD") Motion *in Limine* No. 5 to exclude expert and non-party witnesses from appearing in courtroom during testimony of other witnesses, and all related papers submitted herein, having heard from counsel for the parties and good cause appearing therefore, hereby rules and ORDERS, as follows:

　　　　The Motion is GRANTED and

///

///

1

[PROPOSED] ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 5 TO EXCLUDE EXPERT AND NON-PARTY WITNESSES FROM APPEARING IN COURTROOM DURING TESTIMONY OF OTHER WITNESSES



SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ERNESTO PORTILLO,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, and Does 1 Through 10, Inclusive<br><br>Defendants. | **Case No.: BC607051**<br><br>**[PROPOSED] ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE OR REFERENCE OTHER UNRELATED CLAIMS, LITIGATION AND ALLEGED PROBLEMS**<br><br>*Assigned for All Purposes to Honorable Ernest Hiroshige Department 54*<br><br>*Complaint Filed: January 13, 2016*<br>*Trial Date: July 12, 2017* |

The Court, having reviewed Defendant FORD MOTOR COMPANY'S ("FORD") Motion *in Limine* No. 6 to Exclude or reference other unrelated claims, litigation and alleged problems at the time of trial, and all related papers submitted herein, having heard from counsel for the parties and good cause appearing therefore, hereby rules and ORDERS, as follows:

The Motion is GRANTED and

(a) Plaintiff is precluded from referring to, or attempting to introduce any evidences of unrelated claims, litigation and alleged problems at the time of trial;

(b) Plaintiff, Plaintiff's counsel, and Plaintiff's witnesses are precluded from attempting to

1