ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERIC J. LORENZINI, State Bar No. 218433
  *elorenzini@elkinskalt.com*
AMITABH BANERJI, State Bar No. 277725
  *abanerji@elkinskalt.com*
2049 Century Park East, Suite 2700
Los Angeles, California  90067-3202
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Plaintiffs PALISADES
CAPITAL REALTY ADVISORS LLC
and JOAQUIN CHARLES DE MONET

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALISADES CAPITAL REALTY ADVISORS LLC, a California limited liability company; JOAQUIN CHARLES DE MONET, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENTIAL REALTY CORPORATION, a Delaware corporation; FIRST CAPITAL REAL ESTATE TRUST INCORPORATED, a Maryland corporation; SUNEET SINGAL, an individual; SEVENTHIETH STREET ASSET MANAGEMENT LLC, a New York limited liability company; SERGE KASARDA, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><hr>And related Counter-Claim, | CASE 2:17-cv-04293<br><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER CLAIM** |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

WHEREAS, Palisades Capital Realty Advisors, LLC and Joaquin Charles De Monet (collectively "Plaintiffs") filed Case No. BC 657854 against Presidential Realty Corporation; First Capital Real Estate Trust Incorporated, Suneet Singal; Seventieth Street Asset Management, LLC, and Serge Kasarda collectively ("Defendants") on April 14, 2017;

WHEREAS, Defendants filed an answer and counterclaim on June 8, 2017;

WHEREAS, Defendants removed this action to this Court on June 9, 2017;

WHEREAS, Plaintiffs are required to respond to the counterclaim by June 30, 2017;

WHEREAS, Plaintiffs' counsel has conflicts in connection with other matters that would interfere with its ability to respond to the counterclaim by June 30, 2017;

WHEREAS, in order to accommodate Plaintiffs' counsel's scheduling conflicts, and in order to provide the parties with an opportunity to engage in settlement discussions, the parties have agreed to extend the deadline by which Plaintiffs must respond to the counterclaim to July 28, 2017;

WHEREAS, this is Plaintiffs' first request to extend time to respond to the counterclaim;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER CLAIM

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to approval by the Court, that Plaintiffs' response to Defendant's counterclaim shall be due on July 28, 2017.

IT IS SO STIPULATED.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Eric J. Lorenzini, as the filer of this stipulation, hereby attest that Joshua D. Brinen, counsel for all Defendants, concurs to the contents of this stipulation and authorizes its filing.

DATED:  June 23, 2017          ELKINS KALT WEINTRAUB REUBEN
                               GARTSIDE LLP


                               By:    */s/ Eric J. Lorenzini*
                                      _____
                                      ERIC J. LORENZINI
                                      Attorneys for Plaintiffs PALISADES CAPITAL
                                      REALTY ADVISORS LLC and JOAQUIN
                                      CHARLES DE MONET

DATED:  June 23, 2017          BRINEN & ASSOCIATES, LLC


                               By:    */s/ Joshua D. Brinen*
                                      _____
                                      JOSHUA D. BRINEN
                                      Attorneys for Defendants PRESIDENTIAL
                                      REALTY CORPORATION, FIRST CAPITAL
                                      REAL ESTATE TRUST INCORPORATED,
                                      SUNEET SINGAL, SEVENTIETH STREET
                                      ASSET MANAGEMENT LLC, and SERGE
                                      KASARDA

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER CLAIM