ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERIC J. LORENZINI, State Bar No. 218433
 *elorenzini@elkinskalt.com*
AMITABH BANERJI, State Bar No. 277725
 *abanerji@elkinskalt.com*
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Plaintiffs PALISADES CAPITAL REALTY ADVISORS LLC and JOAQUIN CHARLES DE MONET

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALISADES CAPITAL REALTY ADVISORS LLC, a California limited liability company; JOAQUIN CHARLES DE MONET, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENTIAL REALTY CORPORATION, a Delaware corporation; FIRST CAPITAL REAL ESTATE TRUST INCORPORATED, a Maryland corporation; SUNEET SINGAL, an individual; SEVENTHIETH STREET ASSET MANAGEMENT LLC, a New York limited liability company; SERGE KASARDA, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>And related Counter-Claim, | CASE No. CV 17-4293 MWF (AFMx)<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COUNTER CLAIM** |

1
ORDER GRANTING STIPULATION EXTENDING
TIME TO RESPOND TO COUNTER CLAIM

The Court has read and considered the stipulation to extend the time within which Plaintiffs must respond to Defendants' counterclaim. For the reasons stated in the stipulation, and for good cause shown, the Court hereby APPROVES the stipulation.

IT IS HEREBY ORDERED that Plaintiffs' response to Defendants' counterclaim shall be due on July 28, 2017.

DATED: June 26, 2017

Michael W. Fitzgerald
United States District Judge

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

2
ORDER GRANTING STIPULATION EXTENDING
TIME TO RESPOND TO COUNTER CLAIM